UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-00706 SJO (GJSx) | Date | February 9, 2017 |
|---|---|---|---|
| Title | Fatema Farmad et al v. Donald Trump et al | | |

| Present: The Honorable | JAMES OTERO, Judge presiding | | |
|---|---|---|---|
| Victor Cruz | Not Present | | |
| Deputy Clerk | Court Reporter | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| Not Present | Not Present | | |

**Proceedings:**   IN CHAMBERS:

The Court is in receipt of Plaintiffs' Status Conference Memorandum Re Court Order Dkt. 28, (ECF No. 29), in which Plaintiffs requested leave to file a further status conference memorandum in 10 days and to continue the status conference set for Friday, February 10, 2017 by two weeks in order to discuss issues including the status of other litigations and their intentions as to amending their complaint. The Court DENIES Plaintiffs' requests. The parties are ordered to appear at the status conference scheduled for Friday, February 10, 2017 at 10:00 am.

|  | : | 0/00 |
|---|---|---|
| Initials of Preparer | | vpc |